## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE PARISHES

| | |
|---|---|
| LISA SHAW, on behalf of herself and all others similarly situated, ) ) ) | Case No. 3:19-cv-00749 |
| Plaintiff, ) ) ) | |
| vs. ) ) ) | |
| TURTLE CREEK ASSETS, LTD. and GORDON ENGLE, individually, ) ) ) | |
| Defendants. | |

### NOTICE OF SETTLEMENT

Plaintiff, LISA SHAW, on behalf of herself and all others similarly situated, ("Plaintiff"), through her attorney, Scott, Vicknair, Hair & Checki, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 30 days.

DATED: July 9, 2019                    RESPECTFULLY SUBMITTED,

*/s/ Samuel J. Ford*
Samuel Ford, Esq. #36081
Scott, Vicknair, Hair & Checki, LLC
909 Poydras St., Ste. 1100
New Orleans, LA 70112
ford@svhclaw.com
Phone: (504) 684-5200
Fax: (504) 613-6351
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

On July 9, 2019, I electronically filed the Notice of Settlement with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Settlement to Defense Counsel.

*/s/ Samuel J. Ford*
Samuel Ford, Esq. #36081